Pro Se 15 2016

FILED _____ LODGED
_____ RECEIVED

JUN 14 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Martin Giovanni Pickens

Plaintiff(s),

v.

Central Intelligence Agency

Defendant(s).

CASE NO. 3:22CV-5438-MJP
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☒ Yes  ☐ No

I.   **THE PARTIES TO THIS COMPLAINT**

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Marlin Giovanni Pickens
Street Address: 2044 East Gregory Street
City and County: Tacoma, Pierce
State and Zip Code: Washington, 98404
Telephone Number: (253) 785-1201

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

    Name    Please see attached
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 2

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    ☐ Individual capacity    ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    ☐ Individual capacity    ☐ Official capacity

## II.   PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☐ No    ☐ Yes    If yes, how many? Click here to enter text..

Describe the lawsuit:

*Please see attached*

Parties to this previous lawsuit:

Plaintiff(s)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Defendant(s)

_____

_____

_____

_____

_____

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

_____

Docket Number: Click here to enter text.

Assigned Judge: Click here to enter text.

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____

_____

_____

Approximate filing date of lawsuit: Click here to enter date.

Approximate date of disposition: Click here to enter date.

### III.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

1    v. *Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may
2    sue federal officials for the violation of certain constitutional rights.

3    A.    Are you bringing suit against *(check all that apply)*:

4          ☒    Federal officials (a *Bivens* claim)

5          ☐    State or local officials (a § 1983 claim)

6    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or
7          immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are
8          suing under section 1983, what federal constitutional or statutory right(s) do you claim
9          is/are being violated by state or local officials?

10

11

12

13

14    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional
15          rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are
16          being violated by federal officials?

17      *Please see attached*

18

19

20

21    D.    Section 1983 allows defendants to be found liable only when they have acted "under
22          color of any statute, ordinance, regulation, custom, or usage, of any State or Territory
23          or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983,
24          explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Please see attached_

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

_Please see attached_

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Please see attached

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

Please see attached

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

Pro Se 15 2016

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/14/2022

Signature of Plaintiff: *Marlin Pickens*

Printed Name of Plaintiff: Marlin Giovanni Pickens

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8