I.  The Parties To This Complaint

A. Plaintiffiff

Marlin Giovanni Pickens
2044 East Gregory Street
Tacoma Pierce
Washington 98404
(253) 785 – 1201

B. Defendant

Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505
Official Capacity

**Describe the previous Lawsuits:**

Federal Case where the plaintiff of it (Marlin Giovanni Pickens) was left four-point tied apart and tortured within a facility over the years. The suit is No. 3:22-CV-05019-RSM. The second suit filed by Plaintiff within federal courts is case no. 3:22-cv-05318-BHS where the plaintiff (Marlin Giovanni Pickens) claims federal violations from state and local law, along with federal officials who have violated amendments by inactions in response to case 1, left to suffer alone.

**Parties to the Previous Lawsuit:**

Case 1 – Virginia Mason Franciscan Health (Saint Joseph Medical Center), et al. (employees)

United States District Court Western District of Washington Tacoma Division

Honorable Judge Ricardo S. Martinez

Filed January 11th, 2022

Case 2 – Federal Bureau of Investigations, et al. (state and local law enforcement)

Honorable Judge Benjamin H. Settle.

Filed May 5, 2022, but not issued summons (Forma Pauperis awaiting decision)

United States District Court Western District of Washington Tacoma Division

**Plaintiff of both**

Marlin Giovanni Pickens (Pro Se)

**C.** Plaintiff's Suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional rights do you claim is/ are being violated by federal officials.

Amendment 9; Amendment 13; Amendment 14

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." U.S.C. 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Amendment 14 highlights citizens rights to be aided by the equal protection of the laws within the jurisdiction in which they reside. Cyber terrorism is a weakness for many Americans if not all that fall to the hands of assailants, bad men and women, and more. As such, the acceptance of porn as a cite although listed as World Wide Web, this claim and suit is within this countrys means to eradicate (to start, within this country) the visual acceptance of those that suffer long after, albeit intended for money or fame (at the time), discredits the haunting realism that human trafficking is a crime and unacceptable.

Amendment 9 is included to this complaint in connection to Amendment 14 in which all citizens deserve to be treated humanely and not exploited for their body because (if relevant at all) their consumption for money. This in turn, issues the 13th Amendment which is involuntary servitude of time (cyber) as it is kept as a file and processed worldwide. This indecent form of slavery was a moment of their need of life to survive for such a trade (money, if at all). This is against the Amendments as citizens' rights to be valued, protected, and saved.

I issue this suit in support of the country and all law makers (in truth all that are citizens within - all) to these specifically listed defendants because this defendant (CIA) is capable and has the means to provide its relief. Such a suit exists only as the authority and laws are defined as responsible, capable, and overseers of such citizens within; held responsible under oath as an ability to protect, serve, and deliver to justice. Humanity in whole, is the concept of our nation, therefore, this suit, in this section III. Basis For Jurisdiction, explains how the defendant acted under the color of law, (inaction, etc.).

**Amendment 14**

Basis for Jurisdiction highlights citizens rights to be aided by the equal protection of the laws within the jurisdiction in which they reside. Cyber terrorism is a weakness for many Americans if not all that fall to the hands of assailants, bad men and women, and more. As such, the acceptance of porn as a cite although listed as World Wide Web, this claim and suit is within this countrys means to eradicate (to start, within this country) the visual acceptance of those that suffer long after, albeit intended for money or fame (at the time), discredits the haunting realism that human trafficking is a crime and unacceptable.

**Amendment 9**

is included to this complaint in connection to Amendment 14 in which all citizens deserve to be treated humanely and not exploited for their body because (if relevant at all) their consumption for money. This in turn, issues the (following claim)

**13th Amendment**

which is involuntary servitude of time (cyber) as it is kept as a file and processed worldwide. This indecent form of slavery was a moment of their need of life to survive for such a trade (money, if at all). This is against the Amendments as citizens' rights to be valued, protected, and saved.

I issue this suit in support of the country and all law makers (in truth all that are citizens within - all) to these specifically listed defendants because this defendant (CIA) is capable and has the means to provide its relief. Such a suit exists only as the authority and laws are defined as responsible, capable, and overseers of such citizens within; held responsible under oath as an ability to protect, serve, and deliver to justice. Humanity in whole, is the concept of our nation, therefore, this suit, in this section III. Basis For Jurisdiction, explains how the defendant acted under the color of law, (inaction, etc.).

Where: WWW. Anything searchable as porn, body selling, using private parts for money for pleasure and production, etc.

When: cyber (repeatedly, forever)

Persons involved: American citizens, other countries civilization, specific jurisdiction detailing this Countrys' governance on the matter of Constitutional law as it had progressed and forgotten rights of Americans.

# V. Injuries

Public humiliation

Public exploitation

Public violence

Terrors

Citizen Constitutional Violations (Amendments claimed)

Cyber terrorism

Human trafficking accomplice

Clinical civilians depression

Clinical and repeated undervaluing protected life force leading to mass obedience to oppression, violence, abuse, mistreatment, and criminal profit.

Also (violations) are against God's grace, stated in the declaration in God We Trust throughout our Nation

VI. Relief

0 USD if settled

Settlement includes <u>the action to perform</u> (by the defendants) the country's civilian rights protection abilities in the cyber world by <u>eradicating</u> this countries permission to violate civilians while within jurisdiction of, to search, retrieve, produce, violate, sell, enslave, and harm/torture, the vessel in which is instrumented, seen, heard, and not actioned to remove for such sighting, rectified and exhausted of righteous merit on the grounds of humanity and civil action (although protected by Constitution) through cyber terrorism. Cyber control.

If Declaration and Application to Proceed in Forma Pauperis is DENIED, then the returned payment.

If this suit is not settled to be of merit, and proceeds to trial, Pro Se attorney fees, 2 million for freedom deliverance of such claims asserted of Americans, to the Plaintiff, and an apology speech for forgetting your oath, from all Branches of Government responsible, (although only one defendant is claimed within such Government, again all branches have to apologize for such treatment and forgetting civilian rights, The Brave U.S.A.)

Together we Stand. Divided we fall.

*[signature]*

Marlin Giovanni Pickens
2044 East Gregory Street
Tacoma, Washington 98404
(253) 785-1201